Alan Blankenheimer (SBN 218713)
Email: ablankenheimer@cov.com
Jo Dale Carothers (SBN 228703)
Email: jdcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 1700
San Diego, CA  92122
Telephone:  (858) 678-1800
Facsimile:    (858) 678-1600

Attorneys for Plaintiff
Silicon Storage Technology, Inc.

Kimberly P. Zapata, Esq. (Cal. Bar No. 138291)
Email: kzapata@beckross.com
BECK, ROSS, BISMONTE & FINLEY, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

Attorneys for Defendants Intersil Corporation and Xicor LLC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERSIL CORPORATION AND XICOR ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | **Case No. CV 10-01515 MHP** <br><br> **STIPULATION AND MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-01515 MHP

IT IS HEREBY STIPULATED by and between Plaintiff Silicon Storage Technology, Inc., and Defendants Intersil Corporation ("Intersil") and Xicor, LLC ("Xicor"), by and through their counsel of record, as follows:

WHEREAS the Case Management Conference in this matter currently is set for July 26, 2010;

WHEREAS the parties have met and conferred and desire to explore the possibility of settlement of this matter without seeking further intervention from this Court;

WHEREAS the parties agree that it is therefore in the interest of efficiency, judicial economy, and conservation of judicial resources that the Case Management Conference therefore be continued for approximately (but not less than) forty-five days, subject to the Court's convenience;

THEREFORE THE PARTIES HEREBY JOINTLY AND RESPECTFULLY HEREBY REQUEST that the Court enter an order continuing the Case Management Conference for forty-five days.

Respectfully submitted,

July 16, 2010                COVINGTON & BURLING LLP

                             By:    */s/ Jo Dale Carothers*
                                    Jo Dale Carothers

                             Attorneys for Plaintiff Silicon Storage Technology, Inc.

July 16, 2010                BECK, ROSS, BISMONTE & FINLEY, LLP

                             By:    */s/ Kimberly P. Zapata*
                                    Kimberly P. Zapata

                             Attorneys for Defendants Intersil Corporation and Xicor LLC

**ECF CERTIFICATION**

I, Jo Dale Carothers, am the ECF User whose identification and password are being used to file this Stipulation and Motion to Continue the Case Management Conference in compliance with General Order 45.X.B.  I hereby attest that Kimberly P. Zapata has concurred in this filing.

DATED:  July 16, 2010              **COVINGTON & BURLING LLP**

By /s/ Jo Dale Carothes
Jo Dale Carothers

**ATTORNEYS FOR PLAINTIFF
SILICON TECHNOLOGY , INC.**

STIPULATION AND MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-01515 MHP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., | Case No. CV 10-01515 MHP |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE |
| v. | |
| INTERSIL CORPORATION AND XICOR LLC, | |
| Defendant. | |

Pursuant to the parties' Stipulation and for good cause appearing, the Court hereby continues the Case Management Conference in this action for approximately forty-five days, so that the Case Management Conference shall now be set for September 20, 2010 at 4 a.m./p.m.

**IT IS SO ORDERED.**

DATED: 7/14/2010

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-01515 MHP