Alan Blankenheimer (SBN 218713)
Email: ablankenheimer@cov.com
Jo Dale Carothers (SBN 228703)
Email: jdcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 1700
San Diego, CA  92122
Telephone:  (858) 678-1800
Facsimile:    (858) 678-1600

Attorneys for Plaintiff
Silicon Storage Technology, Inc.

Kimberly P. Zapata, Esq. (Cal. Bar No. 138291)
Email: kzapata@beckross.com
BECK, ROSS, BISMONTE & FINLEY, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

Attorneys for Defendants Intersil Corporation and
Xicor LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br>  Plaintiff, <br><br>   v. <br><br> INTERSIL CORPORATION and XICOR LLC, <br><br>  Defendants. | **Case No. CV 10-01515 MHP** <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE DISMISSAL OF DEFENDANT INTERSIL CORPORATION PURSUANT TO FRCP 41** |

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF DEFENDANT INTERSIL CORP.
Case No. CV 10-01515 JCS

1

1  WHEREAS Defendant Intersil Corporation ("Intersil") and Plaintiff Silicon Storage Technology, Inc. ("SST") have agreed to each bear their own fees and costs incurred to date in this action as to each other;

 WHEREAS SST has agreed to dismiss without prejudice its claims against Intersil;

 THEREFORE, Plaintiff SST and Defendants Intersil and Xicor LLC, by and through their counsel, hereby stipulate:

1. SST shall voluntarily dismiss Defendant Intersil from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. The caption in this matter should be amended to remove Intersil Corporation; and

3. Intersil and SST shall each bear their own fees and costs incurred to date in this action as to each other.

Dated: July 14, 2010                     Respectfully submitted,

                                         COVINGTON & BURLING LLP

                                    By:  */s/ Jo Dale Carothers*
                                         Jo Dale Carothers
                                         Attorneys for Plaintiff
                                         Silicon Storage Technology, Inc.

Dated: July 14, 2010                     BECK, ROSS, BISMONTE & FINLEY, LLP

                                    By:
                                         */s/ Kimberly P. Zapata*
                                         Kimberly P. Zapata
                                         Attorneys for Defendants
                                         Intersil Corp. and Xicor LLC

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF DEFENDANT INTERSIL CORP.
Case No. CV 10-01515 JCS

2

**ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that:

1. Defendant Intersil Corporation is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);
2. The Clerk of the Court is directed to amend the caption of this case to remove Intersil Corporation; and
3. Intersil and SST shall each bear their own fees and costs incurred to date in this action as to each other.

DATED: __July 15, 2010_____

By:_____
THE HONORABLE
UNITED STATES

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

## ECF CERTIFICATION

I, Jo Dale Carothers, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order regarding Dismissal of Defendant Intersil Corporation pursuant to FRCP 41 in compliance with General Order 45.X.B.  I hereby attest that Kimberly P. Zapata has concurred in this filing.

DATED:  July 14, 2010                            **COVINGTON & BURLING LLP**

                                                 By */s/ Jo Dale Carothes*
                                                    Jo Dale Carothers

                                                 **ATTORNEYS FOR PLAINTIFF SILICON STORAGE TECHNOLOGY , INC.**