ALAN BLANKENHEIMER (Bar No. 218713)
Email: ablankenheimer@cov.com
JO DALE CAROTHERS (Bar No. 228703)
Email: jdcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 1700
San Diego, CA  92122
Telephone:  (858) 678-1800
Facsimile:    (858) 678-1600

DANIELLE L. GOLDSTEIN
Email: dgoldstein@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

**ATTORNEYS FOR PLAINTIFF
SILICON STORAGE TECHNOLOGY, INC.**

KIMBERLY P. ZAPATA.
(Cal. Bar No. 138291)
BECK, ROSS, BISMONTE, & FINLEY, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Tel:  (408) 938-7900
Fax:  (408) 938-0790
Email:  kzapata@beckross.com

Of Counsel:
MICHAEL W. SHORE
Email: shore@shorechan.com
JEFFREY BRAGALONE
jbragalone@shorechan.com
SHORE CHAN BRAGALONE DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214)593-9111

**ATTORNEYS FOR DEFENDANT
XICOR LLC**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC.<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>XICOR LLC.<br><br>　　　　Defendant. | CASE NO. CV 10-01515 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF SILICON STORAGE TECHNOLOGY TO SERVE OBJECTIONS AND RESPONSES TO XICOR'S FIRST SET OF REQUESTS FOR ADMISSIONS AND FOURTH SET OF REQUESTS FOR PRODUCTION**<br><br>**[Civil L.R. 7-12]** |

1    Silicon Storage Devices, Inc. ("SST") and Xicor LLC ("Xicor") jointly submit this
2    Stipulation regarding the request to extend the time for service of SST's Objections and
3    Responses to Xicor's First Set of Requests for Admissions ("First Set of RFAs") and Xicor's
4    Fourth Set of Requests for Production ("Fourth Set of RFPs") pursuant to Federal Rule of Civil
5    Procedure 6(b).
6        WHEREAS, on October 8, 2010, Xicor served its First Set of RFAs and Fourth Set of
7    RFPs on counsel for SST by email to Alan Blankenheimer and Jo Dale Carothers.
8        WHEREAS, although SST's Objections and Responses to Xicor's First Set of RFAs and
9    Fourth Set of RFPs were due to be served on November 8, 2010, SST served its Responses and
10   Objections to Xicor's First Set of RFAs and Fourth Set of RFPs on November 15, 2010.
11
12       WHEREAS SST has represented to Xicor that the failure of SST to timely serve its
13   Objections and Responses to Xicor's First Set of RFAs and Fourth Set of RFPs was the result of
14   inadvertence and excusable neglect, and Xicor met and conferred regarding concerns raised by
15   Xicor regarding certain of SST's objections and responses to Xicor's First Set of RFAs and
16   Fourth Set of RFPs.
17       WHEREAS SST has agreed to serve concurrently with this stipulation amended
18   Objections and Responses to Xicor's First Set of RFAs and Fourth Set of RFPs, clarifying
19   certain responses and removing certain objections.
20       WHEREAS, based on the representations and clarifications made by SST, Xicor does
21   not oppose an extension of time for SST to serve its Objections and Responses to SST's First
22   Set of RFAs and Fourth Set of RFPs.
23       Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND
24   AGREED, by and between SST and Xicor, that:
25       With the Court's approval, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), the
26   time for SST to serve Objections and Responses to Xicor's First Set of Requests for Admissions
27   shall be extended from November 8, 2010 to November 15, 2010, and the time for SST to serve
28

1  Objections and Responses to Xicor's Fourth Set of Requests for Production shall be extended
2  from November 8, 2010 to November 15, 2010.
3
4
5  Dated: January 3, 2011                **Covington & Burling LLP**

                                         */s/ Heidi Maley Gutierrez*
6                                        Heidi Maley Gutierrez
7                                        Attorneys for Plaintiff
                                         Silicon Storage Technology, Inc.
8
   Dated: January 3, 2011                **Beck, Ross, Bismonte & Finley LLP**
9
                                         */s Kimberly P. Zapata*
10                                       Kimberly P. Zapata
                                         Attorneys for Defendants
11                                       Xicor LLC
12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
14

15   _January 4_____, 2011              _____
16                                       Honorable Marilyn Hall Patel
                                         United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1  ECF Certification

2        I, Heidi Gutierrez, am the ECF User whose identification and password are being used to

3  file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF

4  SILICON STORAGE TECHNOLOGY TO SERVE OBJECTIONS AND RESPONSES TO

5  XICOR'S FIRST SET OF REQUESTS FOR ADMISSIONS AND FOURTH SET OF

6  REQUESTS FOR PRODUCTION  in compliance with General Order No. 45, Section X(B).

Dated:  January 3, 2011                            */s/ Heidi Maley Gutierrez*
                                                                 Heidi Maley Gutierrez
                                                                  Attorneys for Plaintiff
                                                                  Silicon Storage Technology, Inc.