KIMBERLY P. ZAPATA.
(Cal. Bar No. 138291)
BECK, ROSS, BISMONTE, & FINLEY, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Tel:  (408) 938-7900
Fax:  (408) 938-0790
Email: kzapata@beckross.com

Of Counsel:
MICHAEL W. SHORE
Email: shore@shorechan.com
JEFFREY BRAGALONE
jbragalone@shorechan.com
SHORE CHAN BRAGALONE DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111

**Attorneys for Defendant**
**Xicor LLC**

ALAN BLANKENHEIMER (Bar No. 218713)
Email: ablankenheimer@cov.com
Jo Dale Carothers (Bar No. 228703)
Email: jdcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 1700
San Diego, CA 92122
Telephone:  (858) 678-1800
Facsimile:   (858) 678-1600

**Attorneys for Plaintiff**
**Silicon Storage Technology, Inc**.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>XICOR LLC.<br><br>Defendant. | CASE NO. CV 10-01515 MHP<br><br>**STIPULATION REQUESTING AN ORDER EXTENDING THE DEADLINE FOR THE PARTIES PRIVATE ADR SESSION**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Civil L.R. 6.2 Defendant and Counterclaimant Plaintiff Xicor LLC ("Xicor") and Plaintiff and Counterclaim Defendant Silicon Storage Technology, Inc. ("SST") stipulate and agree to extend the time by which the parties have to complete their private ADR session. As required by Civil L.R. 6.2, this request is accompanied by the Declaration of Christopher L. Evans.

## **STIPULATION**

WHEREAS, on July 6, 2010 the Court set a March 15, 2011 deadline for the Parties to complete a Private ADR session.

WHEREAS, the Parties informed the Court at the September 20, 2010 Case Management Hearing that the CEO's had met personally about this case but that the parties were not yet ready for mediation.

WHEREAS, the Court informed the Parties at that time to let the Court know when the Parties were ready for mediation.

WHEREAS, despite proceeding in good faith the Parties have been unable to find a mutually agreeable date for the mediation prior to April 18 and 19, 2011, and the Parties are still in discussions about the nature of the mediation.

WHEREAS, Xicor and SST stipulate and agree that the deadline should be extended to April 29, 2011, without prejudice to the parties requesting an additional extension should that be required.

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court.

ACCORDINGLY, Xicor and SST hereby request an order from the Court extending the deadline for the Parties to complete their Private ADR session to April 29, 2011.

Respectfully submitted by:

| | |
|---|---|
| SHORE CHAN BRAGALONE DEPUMPO LLP<br>&<br>BECK, ROSS, BISMONTE & FINLEY LLP | COVINGTON& BURLING LLP |
| By: */s/ Christopher L. Evans*<br>     Christopher L. Evans | By: */s/ Jo Dale Carothers*<br>     Jo Dale Carothers |
| Attorneys for Defendant Xicor LLC | Attorneys for Plaintiff Silicon Storage Technology, Inc. |
| Date: March 15, 2011 | Date: March 15, 2011 |

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

2

3

4  March 17, 2011

5  _____
   Hon.
6  United

7  

8

9                    **FILER'S ATTESTATION**

10
     Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Christopher L.
11
   Evans, attest that concurrence in the filing of this document has been obtained.
12

13
                              By: */s/ Christopher L. Evans*
14                            Christopher L. Evans

15

16

17

18

19

20

21

22

23

24

25

26

27

---