Kimberly P. Zapata, Esq. (Cal. Bar No. 138291)
Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: kzapata@beckross.com

Of Counsel:
Michael W. Shore, Esq.
Jeffrey Bragalone, Esq.
Patrick Conroy, Esq.
Justin Kimble, Esq.
Christopher L. Evans, Esq.
Shore Chan Bragalone DePumpo LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
Email: mshore@shorechan.com
jbragalone@shorechan.com
pconroy@shorechan.com
jkimble@shorechan.com
cevans@shorechan.com

Attorneys for Defendant
Xicor LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., | CASE NO. CV 10-01515 MHP |
| Plaintiff, | **DEFENDANT XICOR LLC'S UNOPPOSED MOTION TO VACATE AND WITHDRAW THE COURT'S MARCH 22, 2011 JUDGMENT** |
| v. | |
| XICOR LLC, | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 59(e), Defendant Xicor LLC ("Xicor") moves the Court, without opposition, to vacate and withdraw the March 22, 2011 Judgment (Dkt. No. 77), and respectfully shows as follows:

Plaintiff Silicon Storage Technology, Inc. ("SST") brought the instant action seeking a declaratory judgment of noninfringement and invalidity of U.S. Reissue Patent No. RE 38,370 (the "'370 patent"). (Dkt. No. 1). On December 20, 2010, Xicor asserted a counterclaim for infringement of "at least" claims 12 and 13 of the '370 patent. (Dkt. No. 46). The parties filed cross-motions for summary judgment as to whether claims 12 and 13 of the '370 patent are invalid under the rule against recapture. On March 22, 2011, the Court granted SST's motion for summary judgment and denied Xicor's motion for partial summary judgment, stating: "[c]laims 12 and 13 of the '370 patent are hereby declared invalid for violating the rule against recapture." (Dkt. No. 76 at 19). The Court's March 22, 2011 summary judgment order makes no mention of – and did not otherwise address in any respect – any claims of the '370 patent other than claims 12 and 13. Also on March 22, 2011, the Deputy Clerk entered Judgment, which states: "**IT IS SO ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment is granted and defendant's motion for partial summary judgment is denied." (Dkt. No. 77 (emphasis in original)). The docket sheet indicates that the case was "terminated" on March 22, 2011.

The Court's March 22, 2011 Memorandum and Order did not, however, dispose of all issues as to all parties because both the claims and counterclaims asserted in this case encompass issues of infringement and invalidity of *all* claims of the '370 patent, including the unmodified original patent claims. *See* FED. R. CIV. P. 54(a); *see also* 28 U.S.C. § 1295. As a matter of law, the Court's March 22, 2011 order granting summary judgment of invalidity as to claims 12 and 13 of the '370 patent cannot invalidate the entire patent. *See MBO Labs., Inc. v. Becton,*

*Dickinson & Co.*, 602 F.3d 1306, 1319 (Fed. Cir. 2010) ("When a reissue patent contains the unmodified original patent claims and the reissue claims, a court can only invalidate the reissue claims under the rule against recapture."). Accordingly, Xicor hereby respectfully moves the Court to vacate and withdraw its March 22, 2011 Judgment (Dkt. No. 77). *See* FED. R. CIV. P. 59(e).

On April 6, 2011, attorneys for Xicor and SST participated in a meet-and-confer conference, during which the substance of this motion was discussed. After reviewing the motion, SST indicated that it did not oppose the relief sought herein. Accordingly, Xicor submits that briefing on this motion is complete, and respectfully requests that the Court grant this motion on an expedited basis.

| | |
|---|---|
| Dated: April 12, 2011 | Beck, Ross, Bismonte & Finley LLP |
| | |
| | *Christopher L. Evans* |
| | Kimberly P. Zapata, Esq. (Cal. Bar No. 138291) |
| | 50 W. San Fernando Street, Suite 1300 |
| | San Jose, CA 95113 |
| | Tel: (408) 938-7900 |
| | Fax: (408) 938-0790 |
| | Email: kzapata@beckross.com |
| | |
| | Of Counsel: |
| | |
| | Michael W. Shore, Esq. |
| | Jeffrey R. Bragalone, Esq. |
| | Patrick J. Conroy, Esq. |
| | Justin Kimble, Esq. |
| | Christopher L. Evans, Esq. |
| | Shore Chan Bragalone DePumpo LLP |
| | 901 Main Street, Suite 3300 |
| | Dallas, Texas 75202 |
| | Tel: (214) 593-9110 |
| | Fax: (214)593-9111 |
| | Email: mshore@shorechan.com |
| | jbragalone@shorechan.com |
| | pconroy@shorechan.com |
| | jkimble@shorechan.com |
| | cevans@shorechan.com |
| | |
| | Attorneys for Defendant |
| | Xicor LLC |

**XICOR'S MOTION TO VACATE AND WITHDRAW THE MARCH 22, 2011 JUDGMENT**      **PAGE 3**
Civil Case No. CV 10-01515 MHP