| | |
|---|---|
| Alan H. Blankenheimer | Michael W. Shore |
| (Bar No. 218713) | Texas Bar No. 18294915 |
| E-mail: ablankenheimer@cov.com | mshore@shorechan.com |
| Jo Dale Carothers (Bar No. 228703) | Jeffrey R. Bragalone |
| E-mail: jcarothers@cov.com | Texas Bar No. 02855775 |
| Christopher J. Longman (Bar No. 234473) | jbragalone@shorechan.com |
| E-mail: clongman@cov.com | Justin B. Kimble |
| **Covington & Burling LLP** | Texas Bar No. 24036909 |
| 9191 Towne Centre Drive, 6th Floor | jkimble@shorechan.com |
| San Diego, CA 92122-1225 | **Shore Chan Bragalone DePumpo LLP** |
| Tel: 858.678.1800 | 901 Main St., Suite 3300 |
| Fax: 858.678.1600 | Dallas, Texas 75202 |
| | Tel. 214-593-9110 |
| Attorneys for Plaintiff | Fax. 214-593-9111 |
| Silicon Storage Technology, Inc. | |
| | Attorneys for Xicor LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC. § | CASE NO. CV 10-01515 EMC |
| § | |
| Plaintiff, § | **STIPULATION TO STAY CASE** |
| § | **PENDING OUTCOME OF** |
| v. § | **APPEAL**  ; ORDER |
| § | |
| XICOR LLC. § | **[Civil Local Rule 7-12]** |
| § | |
| Defendants. § | |
| § | |

Pursuant to Local Rule 7-12 of the United States District Court for the Northern District of California, Plaintiff Silicon Storage Technology, Inc. ("SST") and Defendants Intersil Corporation ("Intersil") and XICOR LLC ("XICOR") (collectively, "Defendants") stipulate and agree to stay this case pending the outcome of an appeal in *Greenliant Systems, Inc. v. Xicor LLC*, Case No. CV 11-00631, Northern District of California, San Francisco Division ("Greenliant Case").

## **STIPULATION**

WHEREAS, on June 6, 2011, in the Greenliant Case the parties stipulated to entry of a final judgment based on this Court's March 21, 2011 Order that held claims 12 and 13 of U.S. Patent RE38,370 invalid under the rule against recapture (Dkt. No. 76), and Xicor has indicated that it intends to appeal such judgment.

WHEREAS, the Parties believe that staying the litigation pending the outcome of this appeal will enable an efficient use of the Court's resources.

IT IS THEREFORE STIPULATED BY AND AMONG THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

The Court should immediately stay this case pending the outcome of Xicor's anticipated appeal in the Greenliant Case.

Xicor and SST agree that a final determination of Xicor's anticipated appeal of this Court's March 21, 2011 Order on Claims 12 and 13 of U.S. Patent RE38,370 in the Greenliant Case, following any further appeal(s) or petition(s) for rehearing, will apply to both Xicor and SST in this case.

The Parties shall file a status report and joint case management statement with the Court within twenty-one (21) days of the disposition of the appeal in the Greenliant Case.

Respectfully submitted by:

| | |
|---|---|
| **SHORE CHAN BRAGALONE DEPUMPO LLP** | **COVINGTON & BURLING LLP** |
| */s/ Jeffrey R. Bragalone* | */s/ Alan H. Blankenheimer* |
| Jeffrey R. Bragalone | Alan H. Blankenheimer |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Xicor LLC | Silicon Storage Technology, Inc. |
| Date: June 20, 2011 | Date: June 20, 2011 |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

A Case Management Conference is set for 12/9/11 at 9:00 a.m. in Courtroom 5, 17th Floor. An updated Joint CMC statement is due 12/2/11.

June __22__, 2011

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Honorable Edward M. Chen
United States District Judge

Pursuant to General Order ___, Section X (B) regarding signatures, I, Jeffrey R. Bragalone, attest that concurrence in the filing of this document has been obtained.

By: */s/ Jeffrey R. Bragalone*
Jeffrey R. Bragalone

---

STIPULATION TO STAY CASE PENDING OUTCOME OF APPEAL        PAGE 2
CASE NO. CV 10-01515 EMC