| | |
|---|---|
| Michael W. Shore, Esq. | Kimberly P. Zapata, Esq. (Cal. Bar No. 138291) |
| Jeffrey Bragalone, Esq. | Beck, Ross, Bismonte & Finley, LLP |
| Christopher L. Evans, Esq. | 50 W. San Fernando Street, Suite 1300 |
| Shore Chan Bragalone DePumpo LLP | San Jose, CA 95113 |
| 901 Main Street, Suite 3300 | Tel: (408) 938-7900 |
| Dallas, Texas 75202 | Fax: (408) 938-0790 |
| Tel: (214) 593-9110 | |
| Fax: (214) 593-9111 | |

Attorneys for Defendant
Xicor LLC

ALAN BLANKENHEIMER (Bar No. 218713)
Email: ablankenheimer@cov.com
JO DALE CAROTHERS (Bar No. 228703)
Email: jdcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Suite 1700
San Diego, CA  92122
Telephone:  (858) 678-1800
Facsimile:   (858) 678-1600

**ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT SILICON STORAGE TECHNOLOGY, INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., | ) **Case No. CV 10-01515 MHP** <br> ) |
| Plaintiff, | ) <br> ) **JOINT CASE MANAGEMENT** |
| v. | ) **STATEMENT PURSUANT TO** <br> ) **CLERK'S NOVEMBER 4, 2011** <br> ) **NOTICE** |
| XICOR LLC, | ) |
| Defendant. | )  ORDER RESETTING CMC <br> ) <br> ) |

**SAN FRANCISCO DIVISION**

---

**JOINT CASE MANAGEMENT STATEMENT**  PAGE 1  Case No. CV 10-01515 MHP

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement in this case.

**1. The following progress or changes have occurred since the last case management statement filed by the parties:**

On June 20, 2011, the parties in this action agreed to stay this action pending the outcome of Xicor's appeal in in *Greenliant Systems, Inc. v. Xicor LLC*, Case No. CV 11-00631, Northern District of California, San Francisco Division ("the Greenliant matter") to appeal the March 21, 2011 order entered in this case that held claims 12 and 13 of the reissue patent invalid under the rule against recapture. (Dkt. No. 91.)

On June 22, 2011, the Court stayed this case pursuant to the Parties' stipulation. (Dkt. No. 93).

On July 22, 2011 Xicor filed a notice of appeal in the Greenliant matter.

On August 26, 2011, SST filed a motion to dismiss the Greenliant Appeal, which has not yet been decided.  As a result of SST's motion to dismiss, the appellate deadlines are suspended pursuant to Federal Circuit Rule 31(c) until the Federal Circuit rules on SST's motion to dismiss.

**2. The parties are not aware of any issues that require the Court's attention at this time.**

Based on the foregoing, the parties agree that they have no issues to raise with the Court at the case management conference scheduled for December 20, 2011 and respectfully request that said conference be postponed.

Respectfully submitted,

December 9, 2011                    COVINGTON & BURLING LLP

                                    By:    */s/ Jo Dale Carothers*
                                           Jo Dale Carothers
                                           Attorneys for Plaintiff Silicon Storage Technology, Inc.

December 9, 2011                    SHORE CHAN BRAGALONE DEPUMPO LLP

                                    By: */s/ Michael W. Shore*
                                        Michael W. Shore, Esq.
                                        Attorneys for Defendant Xicor LLC

## **ATTESTATION**

I, Michael W. Shore, am the ECF user whose User ID and Password are being used to file the JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory Jo Dale Carothers.

December 9, 2011                    SHORE CHAN BRAGALONE DEPUMPO LLP

                                    By:    */s/ Michael W. Shore*

IT IS SO ORDERED that the case management conference is reset to April 6, 2012 at 9:00 a.m.  A joint CMC statement shall be filed by March 30, 2012.

_____
Edward M. Chen
U.S. District Judge



**JOINT CASE MANAGEMENT STATEMENT**           PAGE 3              Case No. CV 10-01515 MHP