1  Michael W. Shore, Esq.
   Jeffrey Bragalone, Esq.
2  Christopher L. Evans, Esq.
   Shore Chan Bragalone DePumpo LLP
3  901 Main Street, Suite 3300
   Dallas, Texas 75202
4  Tel: (214) 593-9110
   Fax: (214) 593-9111

   Kimberly P. Zapata, Esq. (Cal. Bar No. 138291)
   Beck, Ross, Bismonte & Finley, LLP
   50 W. San Fernando Street, Suite 1300
   San Jose, CA 95113
   Tel: (408) 938-7900
   Fax: (408) 938-0790

5
6  Attorneys for Defendant
7  Xicor LLC

8
   ALAN BLANKENHEIMER (Bar No. 218713)
9  Email: ablankenheimer@cov.com
   JO DALE CAROTHERS (Bar No. 228703)
10 Email: jdcarothers@cov.com
   COVINGTON & BURLING LLP
11 9191 Towne Centre Drive, Suite 1700
   San Diego, CA  92122
12 Telephone:  (858) 678-1800
   Facsimile:   (858) 678-1600

13 **ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT**
14 **SILICON STORAGE TECHNOLOGY, INC.**

15                     UNITED STATES DISTRICT COURT

16                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., | **Case No. CV 10-01515 MHP** |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT PURSUANT TO COURT'S DECEMBER 14, 2011 ORDER** ; ORDER RESETTING CMC |
| v. | |
| XICOR LLC, | |
| Defendant. | |

                        **SAN FRANCISCO DIVISION**

---

**JOINT CASE MANAGEMENT STATEMENT**        PAGE 1        Case No. CV 10-01515 MHP

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement in this case.

**1.     The following progress or changes have occurred since the last case management statement filed by the parties:**

On January 18, 2012, Appellant, Xicor LLC, filed its principal brief.

On March 1, 2012, Appellees Silicon Storage Technology, Inc. and Greenliant Systems, Inc. filed their principal brief.

On March 6, 2012, the Federal Circuit rejected Appellees' principal brief under Fed. R. App. P. 32(a)(2)(C-D) and gave the Appellees' 14 days to correct the deficiencies.

On March 13, 2012, Appellees Silicon Storage Technology, Inc. and Greenliant Systems, Inc. filed their corrected principal brief.

On March 15, 2012, Appellant Xicor LLC filed its reply brief.

On March 22, 2012, the parties filed their joint appendix.

All briefing for the appeal is now complete and the parties are waiting for the appeal to be calendared by the Federal Circuit.

**2.     The parties are not aware of any issues that require the Court's attention at this time.**

Based on the foregoing, the parties agree that they have no issues to raise with the Court at the case management conference scheduled for April 6, 2012 and respectfully request that said conference be postponed.

Respectfully submitted,

March 28, 2012                                                                 COVINGTON & BURLING LLP

                                                                      By:     */s/ Jo Dale Carothers*
                                                                              Jo Dale Carothers
                                                                              Attorneys for Plaintiff Silicon Storage Technology, Inc.

March 28, 2012                                                                 SHORE CHAN BRAGALONE DEPUMPO LLP

                                                                      By: */s/ Michael W. Shore*
                                                                              Michael W. Shore, Esq.
                                                                              Attorneys for Defendant Xicor LLC

## **ATTESTATION**

I, Michael W. Shore, am the ECF user whose User ID and Password are being used to file the JOINT CASE MANAGEMENT STATEMENT. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory Jo Dale Carothers.

March 28, 2012                                                                 SHORE CHAN BRAGALONE DEPUMPO LLP

                                                                      By:     */s/ Michael W. Shore*

IT IS SO ORDERED that the CMC is reset from 4/6/12 to 8/31/12 at 9:00 a.m. An updated joint CMC statement shall be filed by 8/24/12.

_____
Edward M. Chen
U.S. District Judge



**JOINT CASE MANAGEMENT STATEMENT**                            PAGE 3                            Case No. CV 10-01515 MHP