| | |
|---|---|
| Alan H. Blankenheimer | Michael W. Shore |
| (Bar No. 218713) | Texas Bar No. 18294915 |
| E-mail: ablankenheimer@cov.com | mshore@shorechan.com |
| Laura E. Muschamp (Bar No. 228717) | Jeffrey R. Bragalone |
| E-mail: lmuschamp@cov.com | Texas Bar No. 02855775 |
| Jo Dale Carothers (Bar No. 228703) | jbragalone@shorechan.com |
| E-mail: jcarothers@cov.com | Justin B. Kimble |
| **Covington & Burling LLP** | Texas Bar No. 24036909 |
| 9191 Towne Centre Drive, 6th Floor | jkimble@shorechan.com |
| San Diego, CA 92122-1225 | **Shore Chan Bragalone LLP** |
| Tel: 858.678.1800 | 901 Main St., Suite 3300 |
| Fax: 858.678.1600 | Dallas, Texas 75202 |
| | Tel. 214-593-9110 |
| Attorneys for Plaintiff | Fax. 214-593-9111 |
| Silicon Storage Technology, Inc. | |
| | Attorneys for Xicor LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SILICON STORAGE TECHNOLOGY, INC. | § | CASE NO. CV 10-01515 EMC |
| | § | |
| Plaintiff, | § | **STIPULATION OF VOLUNTARY** |
| | § | **DISMISSAL** |
| v. | § | |
| | § | |
| XICOR LLC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff Silicon Storage Technology, Inc. ("SST") and Defendant Xicor LLC ("Xicor") have stipulated and agreed to settle all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims made therein with prejudice to re-filing the same.

     The parties agree that all costs and expenses relating to this litigation shall be borne solely by the party incurring same.

**STIPULATION OF VOLUNTARY DISMISSAL**
CASE NO. CV 10-01515 EMC

Respectfully submitted by:

| | |
|---|---|
| **SHORE CHAN BRAGALONE DEPUMPO LLP** | **COVINGTON & BURLING LLP** |
| */s/ Jeffrey R. Bragalone* | */s/ Jo Dale Carothers* |
| Jeffrey R. Bragalone | Jo Dale Carothers |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Xicor LLC | Silicon Storage Technology, Inc. |
| Date: September 5, 2012 | Date: September 5, 2012 |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

September 6, 2012      _____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Jeffrey R. Bragalone, attest that concurrence in the filing of this document has been obtained from signatory Jo Dale Carothers..

By: */s/ Jeffrey R. Bragalone*
Jeffrey R. Bragalone

---

**STIPULATION OF VOLUNTARY DISMISSAL**
CASE NO. CV 10-01515 EMC